FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 NOV -6 AM 10: 29

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | SUPERSEDING |
| ) | INDICTMENT NO. 1:13-CR-199 |
| v. ) | |
| ) | Vio: 18 U.S.C. §1591(a)(1), (b)(2) |
| CHARLES HENRY CASTILLO, ) | Sex Trafficking of a Minor |
| aka "Joe King" ) | (5 Counts) |
| ) | |
| ALLISON JONTIL BARNES, ) | 18 U.S.C. §1594 |
| aka "Jah" and "Shantae Davis" ) | Conspiracy to Engage in |
| ) | Sex Trafficking of a Minor |
| SHELICA JESSICA DANIELS, ) | |
| aka "Red" and "Nina" ) | 18 U.S.C. §1591(d) |
| ) | Obstruction of Enforcement of |
| WILLIAM WARREN HART, ) | Sex Trafficking Offense |
| aka "Tall" and "Too Tall" ) | |
| ) | |
| HEATHER LEIGH HEDRICK ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT'S MOTION TO SEAL

COMES NOW, the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and petitions the Court to SEAL the indictment and penalty certification in the above captioned case and this motion and order, based on the following:

1. On this date, the Grand Jury for the Southern District of Georgia issued an indictment, and the government filed a penalty certification, as captioned above;

2. Publication of the indictment and penalty certification could compromise the investigation, and apprehension of the defendants in this case;

WHEREFORE, the premises considered, the government prays that the Court will ORDER that the indictment and penalty certification, this motion, and any order by the Court be sealed until such time as the defendants initially appear before this Court following arrest, or upon further order of this Court.

Respectfully submitted, this  5th  day of November, 2013.

EDWARD J. TARVER
UNITED STATES ATTORNEY

Nancy C. Greenwood
Assistant United States Attorney
Georgia Bar No. 309179
P.O. Box 2017
Augusta, GA 30903
(706) 826-4520